# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00508-CR

**Ernest Benl McIntyre, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 66893, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Ernest Benl McIntyre filed a notice of appeal from a judgment of conviction for possession of child pornography. *See* Tex. Penal Code Ann. § 43.26 (West 2011). However, the trial court certified that: (1) this is a plea bargain case and McIntyre has no right of appeal, and (2) McIntyre waived the right of appeal.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: August 10, 2012

Do Not Publish